UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 04, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIT SAM COOC,

    Defendant.

Case No. 2:22-mj-00068-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  TIT SAM COOC ,

Case No.  2:22-mj-00068-AC  Charge 18 USC § 1956(a)(1)(B)(i) , from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $  50,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other):

Issued at Sacramento, California on May 04, 2022 at 2:50 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire